UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. 8:15-mc- |
| | ) |
| JOSEPH A. BELCIK, | ) |
| | ) |
| Respondent. | ) |

**PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS**

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and avers as follows:

1. This is an action for judicial enforcement of an Internal Revenue Service summons pursuant to 26 U.S.C. § 7402(b) and 7604(a). This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1340 and 1345.

2. Respondent Joseph A. Belcik resides in Oldsmar, Florida, within the jurisdiction of this Court.

3. John Clark, a Revenue Agent of the Internal Revenue Service employed in the Small Business/Self-Employed Examination Division, at Tampa, Florida, is authorized to issue Internal Revenue Service summonses pursuant to 26 U.S.C. § 7602 and 26 C.F.R. § 301.7602-1.

4. Revenue Agent Clark is conducting an investigation for the determination of the federal individual income tax liabilities of Joseph A. Belcik for the

years 2008, 2009, 2010, 2011, 2012, and 2013, for which years no individual income tax returns have been filed. (Exhibit 1)

5. Respondent has in his possession, custody, or control information, books, records, papers, and other data which may be relevant and material to the investigation.

6. To further his investigation of Respondent, and in accordance with 26 U.S.C. § 7602, on July 1, 2014, Revenue Agent Clark issued an Internal Revenue Service summons directing Respondent to appear before Revenue Agent Clark, on July 15, 2014, to give testimony and to produce for examination and copying certain books, records, papers, or other data, as requested in the summons. (Exhibit 2)

7. On July 1, 2014, in accordance with 26 U.S.C. § 7603, Revenue Agent Clark served the summons on Respondent, Joseph A. Belcik, by leaving a copy of the summons at Respondent's last and usual place of abode, as evidenced by the Certificate of Service of Summons, (Exhibit 2).

8. On July 15, 2014, Respondent failed to appear and comply with the summons.

9. Respondent's refusal to comply with the summons continues to the date of this Petition.

10. Although some information is already in the possession of the Internal Revenue Service, all the information, books, records, papers, and other data sought by the summons are not.

11. All administrative steps required by the Internal Revenue Code for the issuance of the summonses have been taken.

12. A Justice Department referral, as defined by 26 U.S.C. § 7602(d)(2), is not in effect with respect to Respondent for the years at issue in this enforcement action.

13. It is necessary to obtain the testimony and to examine the books, papers, records, or other data sought by the summons in order to properly determine the federal individual income tax liabilities of Joseph A. Belcik for the years 2008, 2009, 2010, 2011, 2012, and 2013, for which years no individual income tax returns have been filed. (Exhibit 1)

WHEREFORE, the United States respectfully prays that this Court:

a. Enter an Order directing Respondent to show cause, if any, why he should not comply with and obey the summons and each and every requirement thereof;

b. Direct the United States promptly to arrange for service of the Petition, the Exhibits, and the Order to Show Cause upon Respondent, such service to be effected by a duly authorized official of the Internal Revenue Service, by the United States Marshals Service, or by a private process server, at the option of the United States;

c. If Respondent fails to show cause why he should not comply with and obey the summons, enter an Order directing Respondent to appear before Revenue Agent John Clark, or any other designated officer of the Internal Revenue Service, at such time and place as may hereafter be fixed by Revenue Agent Clark or his designee,

to give testimony and produce for examination and copying the books, records, papers, and other data as demanded by the summons;

    d.    Award the United States our costs in maintaining this action; and

    e.    Grant such other and further relief as is just and proper.

        Respectfully submitted,

        A. Lee Bentley, III
        United States Attorney

By: *[signature]*
        John F. Rudy, III
        Assistant U.S. Attorney
        Florida Bar No. 0136700
        400 North Tampa Street, Suite 3200
        Tampa, FL 33602
        Telephone: (813) 274-6000
        Facsimile: (813) 274-6198
        Email: john.rudy@usdoj.gov

Dated: January 7, 2015