UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Petitioner, ) | |
| ) Case No. | |
| v. ) | |
| ) | |
| JOSEPH A. BELCIK, ) | |
| ) | |
| Respondent. ) | |

**DECLARATION**

John Clark declares:

1. I am a duly commissioned Revenue Agent employed by the Small Business/Self-Employed, South Atlantic Area Examination of the Internal Revenue Service.

2. In my capacity as a Revenue Agent, I am conducting an investigation for the determination of the federal individual income tax liabilities of Joseph A. Belcik, for the years 2008 through 2013, for which years no individual income tax returns have been filed.

3. In furtherance of the above investigation and in accordance with 26 U.S.C. § 7602, I issued on July 1, 2014, an Internal Revenue Service summons to Joseph A. Belcik, to give testimony and to produce for examination books, papers, records, or other data as described in said summons. The summons is attached to the petition as Exhibit 1.

**EXHIBIT 1**

4. In accordance with 26 U.S.C. § 7603, on July 1, 2014, I served an attested copy of the Internal Revenue Service summons described in paragraph 3 above on Joseph A. Belcik, by leaving a copy of the summons at respondent's last and usual place of abode, as evidenced in the certificate of service on the second page of the summons.

5. On July 15, 2014, respondent did not appear in response to the summons. Respondent's refusal to comply with the summons continues to the date of this declaration.

6. The books, papers, records, or other data sought by the summons are not already in the possession of the Internal Revenue Service.

7. All administrative steps required by the Internal Revenue Code for issuance of a summons have been taken.

8. It is necessary to obtain the testimony and to examine the books, papers, records, or other data sought by the summons in order to properly determine the federal income tax liabilities of Joseph A. Belcik for the years 2008 through 2013.

9. A Justice Department referral, as defined by 26 U.S.C. § 7602(d)(2), is not in effect with respect to respondent for the years at issue in this enforcement action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 31st day of July, 2014.

*John Clark*

John Clark
Internal Revenue Agent
Internal Revenue Service
9450 Koger Blvd. #201
SBSE Group 1607
St. Petersburg, FL 33702
Telephone: (239) 771-2203

# Summons

In the matter of Joseph A. Belcik
Internal Revenue Service (Division): Small Business/Self Employed
Industry/Area (name or number): South Atlantic Area
Periods: Years Ended December 31, 2008, December 31, 2009, December 31, 2010, December 31, 2011, December 31, 2012, December 31, 2013

### The Commissioner of Internal Revenue

To: Joseph A. Belcik
At: _____, Oldsmar, FL 34677

You are hereby summoned and required to appear before John Clark, Internal Revenue Agent, ID # 1139002 and/or designee an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

All books, papers, records, and other data in your possession, custody or control reflecting the receipt of income by you for the years ended December 31, 2008, December 31, 2009, December 31, 2010, December 31, 2011, December 31, 2012, and December 31, 2013, including but not limited to: records of deposits to bank accounts, cancelled checks, and check registers for the years 2008, 2009, 2010, 2011, 2012, and 2013; all bank statements and brokerage statements for accounts which you have signature authority for the period from December 2007 to January 2014; Books of accounting to include sales registers, check registers, general registers, general ledgers, special and sub ledgers, general journals, purchases journals, special journals, adjusting journals, financial statements.

Copies of any and all State of Florida, Department of Revenue, Sales and Use Tax Forms filed, copies of any and all Florida Local Sales and Use Tax Forms, and copies of any other State tax jurisdiction Sales and Use Tax Forms filed for the period from December 2007 to January 2014.

Copies of any rental or lease agreements where you, either directly or by nominee, alias, trust, etc., are the lessee or lessor.

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**
9450 Koger Blvd. #201, SBSE Group 1607, Saint Petersburg, FL 33702 239-771-2203

**Place and time for appearance at** 9450 Koger Blvd, Room 206, Saint Petersburg, Florida

**IRS** on the 15th day of July 2014 at 10:30 o'clock a m.
Issued under authority of the Internal Revenue Code this 1st day of July, 2014.

Department of the Treasury
Internal Revenue Service
www.irs.gov

Signature of issuing officer — Internal Revenue Agent (Title)
Signature of approving officer (if applicable) — Supervisory Internal Revenue Agent (Title)

Form 2039 (Rev. 10-2010)
Catalog Number 21405J

Original — to be kept by IRS

**EXHIBIT 2**



# Service of Summons, Notice and Recordkeeper Certificates
(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| 7/1/2014 | 11:00 A.M. |

**How Summons Was Served**

1. ☐ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☒ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _____

3. ☐ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: Joseph A. Belcik
_____, Oldsmar, FL 34677

| Signature | Title |
|---|---|
| John Clark | Internal Revenue Agent |

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: _____     Time: _____

Name of Noticee: _____

Address of Noticee (if mailed): _____

**How Notice Was Given**

☐ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summoned.

☒ No notice is required.

| Signature | Title |
|---|---|
| John Clark | Internal Revenue Agent |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|---|---|
| John Clark | Internal Revenue Agent |

Form 2039 (Rev. 10-2010)